

Eugene Meyers
*Partner*
em@mss-pllc.com
Tel: (646) 273-8201

July 23, 2026

**<u>VIA ECF</u>**
Hon. Claire C. Cecchi
United States District Court
50 Walnut Street
Newark, NJ 07101

**Re: *Mark Bianchi v. Rikin Patel*, No. 2:26-cv-02760-CCC-SDA**

Dear Judge Cecchi:

We represent defendant Rikin Patel ("Defendant") in this action.

Defendant respectfully submits this correspondence to request a one motion cycle adjournment of his motion to dismiss plaintiff's complaint [D.I. 13] ("Motion"), which is presently set for the August 3, 2026 motion day.  Defendant requires additional time to file a reply to Plaintiff's opposition due to counsel unavailability.  The reply is presently due by July 27, 2026.  Defendant's counsel is engaged with an arbitration this week and has a planned vacation next week.  Plaintiff consents to the requested adjournment.  This is the parties' first request to adjourn the Motion.  The requested adjournment will not affect any other scheduled dates in this matter.

Wherefore, Defendant respectfully requests that the Court adjourn the Motion one motion cycle to August 17, 2026, which will extend Defendant's deadline to file a reply to August 10, 2026.

Respectfully Submitted,

  */s/ Eugene Meyers*
Eugene Meyers

SO ORDERED

  *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  7/24/2026